Certificate Number: 02461-MN-CC-012528494



02461-MN-CC-012528494

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 1, 2010, at 10:52 o'clock AM CDT, STEPHANIE D MICHAELIS received from Financial Rehabilitation Incorporated, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Minnesota, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   October 1, 2010                    By:    /s/TARA S MCCARTHY

                                           Name:  TARA S MCCARTHY

                                           Title: EXECUTIVE DIRECTOR

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).