**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Stephanie D Michaelis

Debtor(s)

Case No: 10–47977 – NCD

Chapter 7 Case

To: Attorney for the Debtor(s):

Chad J. Bolinske
Bolinske & Bolinske PLLC
1660 South Hwy 100
STE 508
St Louis Park, MN 55416

You are notified that in the above proceeding the notice of Meeting of Creditors and related matters mailed by this office to

US BK RMS CC

has been returned undeliverable as addressed.

A failure to properly schedule a creditor, unless he or she can be proved to have actual knowledge of the case, may prevent discharge of an otherwise dischargeable debt. See 11 U.S.C. 523(a)(3).

It is suggested the creditor may be put on actual notice by a timely and correctly addressed letter sent by you to the creditor enclosing a copy of the notice.

The creditor's correct address should be added to the Court's database. Select Add to matrix from the Post–Petition Events category, then Enter individual creditors. Debtors not represented by an attorney should file a copy of the letter with the Court.

Dated: 11/9/10

Lori Vosejpka
Clerk, United States Bankruptcy Court


By: kathy
Deputy Clerk

**mnbrtnml** 03/03/2005 – kb